UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RENAE BENNETT,

                          Plaintiff,      **ECF CASE**

    - against -                     12-CIV-0342

LRN CORPORATION and RONALD CHAROW,
Individually,

                        Defendants.
-----------------------------------------------------------x

## FEDERAL RULE OF CIVIL PROCEDURE
## 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Defendant LRN Corporation ("LRN") hereby states that LRN, a publicly traded company, has no parent corporation. LRN further states that no publicly held corporation owns 10% or more of LRN's stock.

Dated: New York, New York
       March 26, 2012

                                           SEYFARTH SHAW LLP

                                           By:   _s/ Christopher H. Lowe_
                                                   Christopher H. Lowe
                                         620 Eighth Avenue
                                         New York, NY  10018-1405
                                         (212) 218-5500

                                         Attorneys for Defendants
                                         LRN Corporation and Ronald Charow

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2012, I electronically filed the foregoing Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement with the Clerk of the Southern District Court using the CM/ECF system, which sent notification of such filing to the following:

> Adriane S. Eisen, Esq.
> Arce Law Group
> 30 Broad Street, 35th Floor
> New York, New York 10004
> Tel: (212) 248-0120
>
> Attorneys for Plaintiff

By: s/ Christopher H. Lowe<br>Christopher H. Lowe