UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| RENAE BENNETT, | |
| Plaintiff, | **ECF CASE** |
| - against - | 12-CIV-0342 |
| LRN CORPORATION and RONALD CHAROW, Individually, | |
| Defendants. | |

-------------------------------------------------------x

**PLEASE TAKE NOTICE** that Caitlin A. Senff, an Associate with Seyfarth Shaw LLP, 620 Eighth Avenue, 31st Floor, New York, New York 10018, hereby enters her appearance as notice attorney for defendants LRN Corporation and Ronald Charow. Ms. Senff hereby certifies that she is admitted to practice in this Court.

Dated: New York, New York
       March 27, 2012

Respectfully submitted,

SEYFARTH SHAW LLP

By   s/ Caitlin A. Senff
       Caitlin A. Senff
620 Eighth Avenue
New York, New York 10018-1405
Main Office Number:  (212) 218-5500
Main Fax Number:  (212) 218-5526
csenff@seyfarth.com

Attorneys for Defendants

14314018v.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2012, I electronically filed the foregoing Notice of Appearance with the Clerk of the Southern District Court using the CM/ECF system, which sent notification of such filing to the following:

> Adriane S. Eisen, Esq.
> Arce Law Group
> 30 Broad Street, 35th Floor
> New York, New York 10004
> Tel: (212) 248-0120
>
> Attorneys for Plaintiff

           s/ Caitlin A. Senff
             Caitlin A. Senff