# SEYFARTH
### ATTORNEYS
### SHAW LLP



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/3/12

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5523

Writer's e-mail
clowe@seyfarth.com

April 3, 2012

**MEMO ENDORSED** 4/3/12

1. Ext request granted. You have til
Court's conditions
2. Conf adjourned from 4/10 to
4/27 at 3pm.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX (212-805-7933)

The Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  Renae Bennett v. LRN Corporation & Ronald Charow,
     Case No. 12-CIV-0342 (BSJ) (AJP)

Dear Judge Peck:

This firm is counsel to the Defendants in the above-referenced action. We write to respectfully request a brief one-week extension of certain deadlines set forth in the Rule 16 IPTC Scheduling Order. We require this extension because the undersigned counsel, who is the partner on this matter, has suffered a death in the family and as a result, will be travelling to Boston to attend services on Wednesday to Friday. As such, we request that the time to serve mandatory initial disclosures pursuant to Rule 26(a)(1) be extended from April 5, 2012 to April 12, 2012. Likewise, we request that the time to submit the Joint Electronic Discovery Submission be extended from April 6, 2012 to April 13, 2012. Because of this, counsel are amenable to adjourning the status conference before Your Honor currently scheduled for April 20, 2012 to a date and time that is convenient to the Court.

This is the first request for an extension of the Scheduling Order. Plaintiff's counsel consents to this request.

Respectfully submitted,

SEYFARTH SHAW LLP

Christopher H. Lowe

cc:  Adri Eisen, Esq.
     Caitlin A. Senff, Esq.

14336148v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:          (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  April 3, 2012                               Total Number of Pages:  2

## TRANSCRIPTION OF MEMO ENDORSED ORDER

1.   Extensions granted. You have the Court's condolences.

2.   Conf. adjourned from 4/10 to 4/27 at 3 PM.


Copies to:   All Counsel
             Judge Barbara S. Jones