UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RENAE BENNETT,

                Plaintiff,

   - against -

LRN CORPORATION and RONALD CHAROW,
Individually,

                Defendants.
------------------------------------------------------------x

**ECF CASE**

12-CIV-0342

**NOTICE OF WITHDRAWAL OF
CAITLIN A. SENFF, ESQ.**

**PLEASE TAKE NOTICE** that the following attorney withdraws her appearance as counsel for Defendants LRN Corporation and Ronald Charow in the above-captioned action, is no longer participating in the above-captioned action on behalf of Defendants and should no longer receive notices related to this action through the Court's ECF notification system:

Caitlin A. Senff

The remaining counsel for Defendants, attorney Christopher H. Lowe, should continue to receive ECF notices as previously advised.

Dated: New York, New York
       April 19, 2012

                SEYFARTH SHAW LLP

                By: s/ Caitlin A. Senff
                     Caitlin A. Senff
                620 Eighth Avenue, 32nd Floor
                New York, NY  10018-1405
                (212) 218-5500

                Attorneys for Defendants
                LRN Corporation and Ronald Charow

14380829v.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2012, I electronically filed the foregoing Notice of Withdrawal of Caitlin A. Senff, Esq. with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to counsel of record for plaintiff.

s/ Caitlin A. Senff
Caitlin A. Senff
