



620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5523

Writer's e-mail
clowe@seyfarth.com

May 3, 2012

**VIA FAX (212-805-6191)**

The Honorable Barbara S. Jones
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  Renae Bennett v. LRN Corporation & Ronald Charow,
     Case No. 1:12-cv-00342-BSJ-AJP

Dear Judge Jones:

This firm represents Defendants in the above entitled action. We write, upon consent, to request permission for outgoing counsel, Ms. Caitlin Alexis Senff, Esq., to withdraw as counsel for defendants in this matter pursuant to L.C.R. 1.4.

Ms. Senff recently left our firm to pursue another employment opportunity, however, prior to her departure, she served and filed the attached "Notice of Withdrawal" (see Docket Entry No. 11 - copy attached), thus providing all case parties with appropriate notice as to her outgoing status, as well as affirming my continued status as lead counsel to defendants.

Accordingly, we respectfully request Your Honor to "so order" this application for Ms. Senff to withdraw, and to further direct the Clerk of the Court to "terminate" her active status from the court's official docket sheet, such that she no longer receives electronic notices related to this action through the Court's ECF notification system.

So ordered
/s/ Barbara S. Jones
USDJ
5/11/12

Respectfully submitted,

SEYFARTH SHAW LLP

Christopher H. Lowe

cc:  Adriane Simone Eisen, Esq. (counsel for Plaintiff, via fax (917) 626-3711, w/encl.)
     Caitlin A. Senff, Esq. (outgoing counsel, via fax (212) 492-2501, w/encl.)

LONDON · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK