| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 8/27/12 |
| RENAE BENNETT, : | |
| Plaintiff, : | 12 Civ. 0342 (BSJ) (AJP) |
| -against- : | **ORDER OF DISMISSAL ON CONSENT** |
| LRN CORPORATION & RONALD CHAROW, : | |
| Defendants. : | |
| ------------------------------------x | |

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

SO ORDERED.

DATED:   New York, New York
         August 27, 2012

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by ECF** to:   All Counsel
                        Judge Barbara S. Jones



# ARCÉ LAW GROUP, PC

30 Broad Street, 35th Floor
New York, New York 10004
P: 212-248-0120 / F: 212-587-4169

RECEIVED
AUG 2 4 2012
CHAMBERS OF
ANDREW J. PECK

August 23, 2012

**Honorable Andrew Peck**
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 10007

**VIA FAX: (212) 805-7933**

Re:   Renae Bennett v. LRN Corporation, et al.
      12-CV-00342

Dear Judge Peck:

We represent the plaintiff in the above-referenced case. We write Your Honor in order to respectfully request an extension to file the Stipulation of Dismissal in this case. There have been no prior requests for the same relief.

The parties in this case have reached an agreement in this case. The attorneys have conferred and drafted a settlement agreement. As of today, Plaintiff has signed the settlement agreement. Defense Counsel has informed me that we will receive a fully executed settlement agreement along with the checks on or before September 12, 2012.

Therefore, we respectfully request an extension to file the Stipulation of Dismissal until after September 12, 2012.

Respectfully submitted,

Arcé Law Group, P.C.

Adriane S. Eisen, Esq.

CC: Christopher Lowe, *Attorney for Defendants*, via e-mail

1